# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANNY TAYLOR,

        Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
SERGEANT GENTRY; AARON
HARROUN; RICHARD WEIRSMA;
ROBERT LEGRAND; AND THE STATE
OF NEVADA,

        Respondents.

DANNY TAYLOR,

        Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
SERGEANT GENTRY; AARON
HARROUN; RICHARD WEIRSMA;
ROBERT LEGRAND; AND THE STATE
OF NEVADA,

        Respondents.

No. 83745

**FILED**

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

No. 83746 ✔

## ORDER DISMISSING APPEALS

Docket No. 83745 is a pro se appeal from an order denying motion for evidence establishing damages. Docket No. 83746 is a pro se appeal from an order denying a motion for summary judgment. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. Specifically, neither order designated in the notice of appeal is substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule

SUPREME COURT
OF
NEVADA

(O) 1947A

21-33735

provides for an appeal from an order denying motion for evidence establishing damages or from an order denying summary judgment.

Accordingly, this court lacks jurisdiction, and

ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Jim C. Shirley, District Judge
Danny Taylor
Attorney General/Carson City
Clerk of the Court/Court Administrator